**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

> Dalian Meisen Woodworking Co., Ltd.
>
>                   **Plaintiff,**
>
> v.
>
> **UNITED STATES,**
>
>                   **Defendant.**

**S U M M O N S**

**Court No. 20-00110**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

            **/s/ Mario Toscano**
            Clerk of the Court

1. Dalian Meisen Woodworking Co., Ltd., a Chinese producer and exporter of the subject merchandise. Dalian Meisen has standing under 28 U.S.C. § 2631(c)
   (Name and standing of plaintiff)

2. Affimative Department of Commerce Countervailing Duty Determination and Order on Wooden Cabinets and Vanities from the People's Republic of China (C-570-107) (85 FR 22134, April 21, 2020)
   (Brief description of contested determination)

3. 4/16/2020
   (Date of determination)

4. 4/21/2020
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/Jeffrey S. Neeley
Signature of Plaintiff's Attorney

5/19/2020
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jeffrey S. Neeley
750 17th St. NW, Suite 900
Washington, DC 20006
(202) 378 2357
Jeffrey.Neeley@huschblackwell.com

**SEE REVERSE SIDE**

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC. 20230