UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 20-00110 |

**COMPLAINT**

Plaintiff Dalian Meisen Woodworking Co., Ltd. ("Plaintiff" or "Meisen"), by and through its attorneys, alleges and states the following:

**I.  JURISDICTIONAL STATEMENT**

1. This action is brought to contest the final determination of the U.S. Department of Commerce ("the Department" or "Commerce") under 19 U.S.C. §1671d in the countervailing duty investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China. *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Affirmative Countervailing Duty Determination*, 85 Fed. Reg. 11962 (February 28, 2020) ("Final Determination") and *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Countervailing Duty Order*, 85 Fed. Reg. 22134 (April 21, 2020) ("Order").

1

2. This action is brought pursuant to sections 516A(a)(2)(A)(i)(II) and 516A(a)(2)(B)(i) of the Tariff Act of 1930, as amended (the "Act") (19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and 1516a(a)(2)(B)(i)), and pursuant to 28 U.S.C. § 1581(c), which confers upon this Court exclusive jurisdiction over civil actions commenced under 19 U.S.C. § 1516a.

## II. STANDING OF THE PLAINTIFF

3. Meisen is a foreign producer and exporter of the subject merchandise and an interested party as defined by 19 U.S.C. § 1677(9)(A). Meisen also fully participated as a mandatory respondent in the proceeding before Commerce that is the subject of this action. Therefore, Meisen has standing under 28 U.S.C. §2631(c) and 19 U.S.C. § 1516a(d).

## III. TIMELINESS OF THIS ACTION

4. The Order was published in the Federal Register on April 21, 2020. Meisen filed its summons on May 19, 2020, which is within 30 days of the publication of the order. *See* 19 U.S.C. § 1516a(2)(A). Meisen timely files this complaint within 30 days of the filing of the summons in accordance with 19 U.S.C. § 1516a(a)(2)(A), 28 U.S.C. § 2636(c), and Rules 3 and 6 of the Rules of this Court.

## IV. STATEMENT OF FACTS

5. On March 6, 2019, Petitioners filed the countervailing duty petition covering wooden cabinets and vanities from China and Commerce published the notice of initiation on April 2, 2019. *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Initiation of Countervailing Duty Investigation*, 84 Fed. Reg. 12581 (April 2, 2019).

6. During the course of the investigation, Commerce selected Meisen as a mandatory respondent. Meisen fully cooperated with Commerce's investigation by submitting responses to Commerce's questionnaires and supplemental questionnaires, as well as submitting other facts and arguments pursuant to the statute and regulations.

7. Commerce published its preliminary determination on August 12, 2019 *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Countervailing Duty Determination, and Alignment of Final Determination with Final Antidumping Duty Determination*, 84 Fed. Reg. 39798 (August 12, 2019).

8. In its preliminary determination, Commerce assigned Meisen a countervailing duty rate of 16.49 percent, which included a rate of 10.54 percent under the Export Buyer's Credit Program (EBCP). Commerce applied this rate under the ECBP despite the fact that Meisen submitted declarations from its U.S. importers testifying that they did not receive any benefits under the program. During the course of this investigation, the Department never verified the U.S. importers or their declarations.

9. In its preliminary determination, the Department also applied different plywood benchmarks for plywood purchases despite the fact that respondents Ancientree and Meisen purchased the same type of plywood..

10. Commerce published its final determination on February 28, 2020. *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Affirmative Countervailing Duty Determination*, 85 Fed. Reg. 11962 (February 28, 2020). In its final determination, Commerce assigned Meisen a rate of 18.27 percent. Despite the arguments made

in Meisen's case brief, Commerce continued to include a rate of 10.54 percent for the EBCP program in Meisen's total rate and continued to apply an inconsistent benchmark for plywood.

11. The countervailing duty order was published on April 21, 2020. *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Countervailing Duty Order*, 85 Fed. Reg. 22134 (April 21, 2020)

12. Meisen initiated this appeal by filing a summons on April 19, 2020.

    **V.    COUNTS**

**COUNT 1**

13. Plaintiff hereby incorporates, by reference, paragraphs 1 through 12 above.

14. Commerce's determination with regard to the Export Buyer's Credit Program was not supported by substantial evidence and otherwise not in accordance with law as previously found by this Court. *See e.g. Guizhou Tyre Co., Ltd. et. al. v. United States,* 415 F. Supp. 3d 1335 (Ct. Int'l Trade 2019).

**COUNT 2**

13. Plaintiff hereby incorporates, by reference, paragraphs 1 through 14 above.

14. Commerce's use of different plywood benchmarks for different companies, despite the fact that the companies used the same types of plywood, was not supported by substantial evidence and otherwise not in accordance with law.

**PRAYER FOR RELIEF**

WHEREFORE, and as challenged herein, Plaintiffs respectfully request that this Court:

(1) Remand with instructions to recalculate the countervailing duty margin assigned to Meisen in accordance with the decision of this Court;

2) Grant Meisen such other relief as the Court may deem appropriate.

                                              Respectfully submitted,

                                              /s/Jeffrey S. Neeley_____
                                              Jeffrey S. Neeley
                                              Husch Blackwell, LLP

                                              750 17th St., NW Suite 900
                                              Washington, D.C. 20006
                                              (202) 378 – 2357
                                              Jeffrey.Neeley@huschblackwell.com

Dated: June 15, 2020