

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

April 20, 2023

**VIA CM/ECF**

      Re:    *Dalian Meisen Woodworking Co. v. United States*
              Court No. 20-00110

Dear Counsel:

      It is my intention to issue a public version of the opinion in the above-captioned case in the near future. Previously identified confidential information is enclosed in double brackets. I do not believe that this information needs to remain confidential.

      Please review the text of the opinion and inform the court by April 27, 2023, in writing, whether or not any of the bracketed information should remain confidential. If you believe it should remain confidential, please state the basis for your belief. In addition, please notify the court whether any other (*i.e.*, non-bracketed) information in the opinion is confidential and should be redacted in the public version.

                                                           Very truly yours,

                                                              /s/  Richard K. Eaton
                                                                       Judge

cc: Casey Cheevers, Case Manager