# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., *Plaintiff,* <br><br> CABINETS TO GO, LLC, *Plaintiff-Intervenor,* <br><br> THE ANCIENTREE CABINET CO., LTD., *Plaintiff-Intervenor,* <br><br> v. <br><br> UNITED STATES, *Defendant,* <br><br> and, <br><br> AMERICAN KITCHEN CABINET ALLIANCE, *Defendant-Intervenor.* | Court No.: 20-110 |

### CABINET TO GO, LLC'S COMMENTS IN OPPOSITION TO REMAND RESULTS

                                        Mark Ludwikowski
                                        **Clark Hill, PLC**
                                        1001 Pennsylvania Ave., N.W.
                                        Suite 1300 South
                                        Washington, DC 20004
                                        Tel.: 202-640-6693

January 5, 2024                                  *Counsel to Cabinets to Go, LLC*

## I. INTRODUCTION

On behalf of Plaintiff-Intervenor, Cabinets to Go, LLC ("CTG"), and pursuant to this Court's October 17, 2023, Scheduling Order, ECF No. 129, we submit CTG's comments in opposition to the Redetermination Pursuant to Court Remand Order ("Remand Results") filed by the U.S. Department of Commerce ("Defendant") on December 6, 2023, ECF No. 131.

## II. ARGUMENT

CTG respectfully opposes the Remand Results for the reasons set forth in Plaintiff-Intervenor The Ancientree Cabinet Co., Ltd.'s Remand Comments ("Ancientree's Comments"), filed with this Court on January 5, 2024, ECF 134. CTG agrees with and incorporates by reference Ancientree's Comments, ECF 134. CTG also incorporates by reference the arguments of other plaintiffs, if any, to the extent that such arguments do not conflict with the foregoing. On this basis, we respectfully request that the Court further remand this case so that the agency may reconsider its application of adverse facts available for the export buyer's credit program, and the resulting rate calculations.

Further, if continued litigation on this matter results in a rate reduction for Ancientree or other interested parties, CTG respectfully requests that the all-others rate be recalculated accordingly.

2

                              Respectfully submitted,

                              <u>/s/ Mark Ludwikowski</u>
                              Mark Ludwikowski
                              R. Kevin Williams

                              *Counsel to Cabinets to Go, LLC*

January 5, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this submission complies with the word limitation requirement. The word count for this submission, as computed by Clark Hill's word processing system Microsoft Office Professional, is <u>188</u> words.

<u>/s/ Mark Ludwikowski</u>
Mark Ludwikowski

*Counsel to Cabinets to Go, LLC*

January 5, 2024