UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DALIAN MEISEN WOODWORKING CO., LTD., : <br> : <br> Plaintiff, : <br> : <br> and : <br> :       Before: Richard K. Eaton, Judge <br> CABINETS TO GO, LLC, and : <br> THE ANCIENTREE CABINET CO., LTD., :       Court No. 20-00110 <br> : <br> Plaintiff-Intervenors, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant, : <br> : <br> and : <br> : <br> AMERICAN KITCHEN CABINET ALLIANCE, : <br> : <br> Defendant-Intervenor. : | |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Nov. 12, 2024), ECF No. 160-1 are sustained.

                                                                              /s/ Richard K. Eaton<br>
                                                                                     Judge

Dated:   June 12, 2025<br>
         New York, New York